**CSD 1177** [11/03/08]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on May 27, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

In Re

BANKRUPTCY NO.

Debtor.

# APPLICATION FOR COMPENSATION AND CONFIRMATION OF
# CHAPTER 13 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.

//
//
//
//
//
//

DATED: May 26, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for Debtor(s)

**CSD 1177**

```
CSD 1177 [11/03/08](Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR:                                                              CASE NO:
```

**I. APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:**

The undersigned attorney for the above-referenced Debtor(s):

    A. Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor(s) Plan, as that term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

    B. Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on _____ and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

    C. Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

        1. The agreed initial fee for attorney services:  $_____;

        2. Additional fees not part of initial fee:  $_____;

        (Specify referencing any relief from stay or adversary proceeding number as relevant):

        3. Total fees received to date:  $_____;

        4. Total unpaid balance of fees:  $_____;

    D. Requests that this Court:

        1. Confirm the Debtor(s) Plan; and

        2  Allow fees as set forth in paragraph I(C) above.

```
        3. Attached Valuation Order of Court
```

**II. ORDER CONFIRMING DEBTOR(S) PLAN AND ALLOWING ATTORNEYS FEES**

Upon considering the foregoing application, IT IS HEREBY ORDERED THAT:

    A. The debtor(s) plan dated _____ and, if applicable, as amended by pre-confirmation modification(s) dated _____ ("Debtor(s) Plan") is confirmed.

    B. Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as provided for in the Debtor(s) Plan.

Approved as to form and content by Chapter 13 Trustee submission of this Order:    */s/Thomas H. Billingslea*

```
CSD 1177
```

*Signed by Judge Laura Stuart Taylor May 26,2010*

Court Order

Re: Valuation of Real Property and Lien Avoidance of California Coast Credit Union's Second Trust Deed

1. Consistent with Paragraph 19 of the Debtor's Plan and this Court's Order, dated December 22, 2009, (Docket Entry 19) :

a) The Value of Debtor's residence, located at 814 Terra Lane, El Cajon, CA 92019, (the home) is $415,000.00.

b) The balance owing to the holder of the first deed against the home is greater than $415,000.00.

c) California Coast Credit Union's second deed of trust, is wholly unsecured and as a result,

d) and pursuant to 11 USC Section 1322(b)(2) the lien of California Coast Credit Union's may be modified and stripped by this Plan.

e) Under this Plan the claim of California Coast Credit Union will be treated and paid as an unsecured creditor and

f) Upon completion of the Plan and Debtor's Discharge the debt to California Coast Credit Union's secured by the Second Deed of Trust shall be deemed fully satisfied and California Coast Credit Union shall take all necessary and appropriate actions to reconvey and release the Second Trust Deed against the Debtor's home.

IT IS SO ORDERED

Order Re: Valuation & Confirmation
Houk
09-19605-T13
5/17/10

/s/Thomas H. Billingslea

*Signed by Judge Laura Stuart Taylor May 26,2010*